IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                    No. 5:10-CR-50074-001

ARNULFO VELAZQUEZ-SIERRA                                    DEFENDANT

## O R D E R

Comes on for consideration the Report and Recommendation (Doc. 29) filed in this case on June 2, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's pro se "Motion to have this Motion Done" (Doc. 28) is **DENIED**.

IT IS SO ORDERED this 30th day of June, 2014

Timothy L. Brooks
**United States District Judge**